No. 614. WISCONSIN EX REL. WISCONSIN LUTHERAN HIGH SCHOOL CONFERENCE *v.* SINAR, INSPECTOR OF BUILDINGS, ET AL. Appeal from the Supreme Court of Wisconsin. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a sub-

stantial federal question. *Ernst J. von Briesen* and *Ralph M. Hoyt* for appellant. *Herbert L. Mount* for appellees.